# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2659
LT Case No. 2022-CF-045943-A

_____

ROBERSON DOUGE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Charles Grooms Crawford, Judge.

Matthew J. Metz, Public Defender, and Jacqueline Brandt,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kristen L.
Davenport, Assistant Attorney General, Daytona Beach, for
Appellee.

October 21, 2025

PER CURIAM.

AFFIRMED.

WALLIS, EISNAUGLE, and HARRIS, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————